and that Wilcox and the finance company were the owners of the Nash car, it is held that the admissions (which were as consistent with the relationship of employer and independent contractor as they were with the relationship of employer and employee or master and servant) were, as held by the trial court, insufficient to carry that issue to the jury. When admissions are as consistent with one contention or claim as they are with another their probative value is practically nil.

The learned trial court in its decision painstakingly reviewed the evidence and correctly applied the law established by the decisions of this court. It concluded that Wilcox was an independent contractor and that there was no evidence to support the answer of the jury to question 6 of the verdict as to Wilcox. In so concluding we think the court was unquestionably right.

*By the Court.*—Judgment affirmed.

KRUSE, Appellant, vs. WEIGAND and another, Respondents.

*February 12—March 10, 1931.*

For the appellant there were briefs by *Alexander Wiley* and *Robert L. Wiley,* both of Chippewa Falls, and oral argument by *Alexander Wiley.*

*Roy P. Wilcox* of Eau Claire, for the respondents.

NELSON, J. This case, and the case of Anna Kruse v. Arthur J. Weigand and Ray Wilcox, decided herewith (*ante,* p. 195, 235 N. W. 426), were tried together. This case, therefore, is ruled by the decision in the case in which Anna Kruse was plaintiff.

*By the Court.*—Judgment affirmed. No costs to be taxed, except clerk's fees to be taxed against appellant.

SMITH, Appellant, vs. WEIGAND and another, Respondents.

*February 12—March 10, 1931.*

For the appellant there were briefs by *Alexander Wiley* and *Robert L. Wiley,* both of Chippewa Falls, and oral argument by *Alexander Wiley.*

*Roy P. Wilcox* of Eau Claire, for the respondents.

NELSON, J. This case, and the case of Anna Kruse v. Arthur J. Weigand and Ray Wilcox, decided herewith (*ante,* p. 195, 235 N. W. 426), were tried together. This case, therefore, is ruled by the decision in the case in which Anna Kruse was plaintiff.

*By the Court.*—Judgment affirmed. No costs to be taxed, except clerk's fees to be taxed against appellant.